IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Carmichael Arvell Glenn, # 285206,        )<br>                                                                  )<br>             Plaintiff,               )<br>                                                                  )<br>vs.                                                       )         Civil Action No.: 3:11-cv-431-TLW-BM<br>                                                                  )<br>Jody Putney and West Columbia       )<br>Police Department,                              )<br>                                                                  )<br>             Defendants.           )<br>_____)| |

# ORDER

On February 22, 2011, the plaintiff, Carmichael Arvell Glenn ("plaintiff"), proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983. (Doc. # 1). The case was referred to United States Magistrate Judge Bristow Marchant pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. # 43). On December 5, 2011, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the District Court dismiss this action with prejudice for lack of prosecution. (Doc. # 43). The plaintiff filed no objections to the Report. Objections were due on December 22, 2011.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this

1

Court is not required to give any explanation for adopting the recommendation. See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**. (Doc. # 43). For the reasons articulated by the Magistrate Judge, this action is **DISMISSED** with prejudice for lack of prosecution.

**IT IS SO ORDERED**.

      s/Terry L. Wooten
United States District Judge

January 27, 2012
Florence, South Carolina

2